**WENDELL J. JONES, (State Bar No. 202302)**
1901 South Bascom Avenue
Suite 333
Campbell, CA 95008
Telephone/ Facsimile:  (408) 371-7589

Attorneys for Plaintiff
NICOLAS ARELLANO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS ARELLANO, an individual<br><br>              Plaintiff,<br>   vs.<br><br>WORLD SAVINGS BANK now doing business as WELLS FARGO BANK, N.A. and DOES 1 through 50, inclusive,<br><br>              Defendants | Case No. 4:12-cv-04866-KAW<br><br>STIPULATION OF PARTIES TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT; [PROPOSED] ORDER<br><br>Judge:  Hon. Kandis A. Westmore |

   IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff Nicolas Arrellano ("Plaintiff") and Defendant WORLD SAVINGS BANK now doing business as WELLS FARGO BANK, N.A., by and through their counsel as follows:

A. Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is to be heard by this Court on December 6, 2012.

B. Plaintiffs response to the Motion to Dismiss Plaintiff's First Amended Complaint was due on October 22, 2012.

C. Plaintiff and Defendant believe that this action may potentially be resolved without further intervention of this Court.

1  D. Plaintiff and Defendant therefore seek to extend Plaintiff's time to respond to the Motion
2     to Dismiss to November 14, 2012 with the Defendant's reply due on November 21, 2012.
3  E. Plaintiff and Defendant agree that this extension will serve the interests of the parties and
4     judicial economy.
5  F. The extension will not result in prejudice to any party.

IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendant, by and through their counsel, that:

A. Plaintiff's deadline to file an opposition to Defendants' Motion to Dismiss is extended to November 14, 2012 with the Defendants' reply due on November 21, 2012.

IT IS SO STIPULATED.

Dated: November 2, 2012          Law Office of Wendell. J. Jones
                                 By:     /s/Wendell J. Jones
                                         Wendell J. Jones, Esq.
                                         Attorney for Plaintiff,
                                         Nicolas Arrelano

Dated: November 2, 2012          Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP

                                 By:     /s/Michale Rapkine
                                         Michael Rapkine, Esq.
                                         Attorney for Defendant
                                         Wells Fargo Bank, N.A.

# **ORDER**

This Court, having received and reviewed the stipulation of the parties referenced immediately above, and finding good cause therefore,

IT IS HEREBY ORDERED THAT:

A. Plaintiff's deadline to file a responsive pleading to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is extended to November 14, 2012 with the Defendant's reply due on November 21, 2012.

**IT IS SO ORDERED**

Dated: __November 2__, 2012

HON. KANDIS A. WESTMORE
US MAGISTRATE JUDGE