# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICOLAS ARELLANO,** | Case No.: 4:12-cv-4866 KAW |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| vs. | |
| **WORLD SAVINGS BANK,** | |
| Defendant. | |

Plaintiff has filed a notice dismissing this case with prejudice. Dkt # 19. Accordingly, the Court dismisses the case with prejudice.

It is so ORDERED.

**DATE: December 6, 2012**

_____

**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**