UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS ARELLANO,<br><br>    Plaintiff,<br><br>v.<br><br>WORLD SAVINGS BANK,<br><br>    Defendant.<br>_____/ | No. 4:12-cv-4866 KAW<br><br>**JUDGMENT** |

As Plaintiff has filed a notice of voluntary dismissal with prejudice, it is Ordered and Adjudged that Plaintiff take nothing, and that the action be dismissed.

IT IS SO ORDERED.

Dated: December 6, 2012

*/s/ Kandis Westmore*
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE