UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS ARELLANO, | No. 4:12-cv-4866 KAW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WORLD SAVINGS BANK, | |
| Defendant. | |

As Plaintiff has filed a notice of voluntary dismissal with prejudice, it is Ordered and Adjudged that Plaintiff take nothing, and that the action be dismissed.

IT IS SO ORDERED.

Dated: December 6, 2012

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE